| | |
|---|---|
| 1  ANTHONY L. CANNON (SBN: 162986)<br>   JULIA A. MOUSER (SBN: 118059)<br>2  **CANNON & NELMS, A PC**<br>3  160 S. Old Spring Road, Suite 200<br>   Anaheim, CA 92808<br>4  Telephone: (714) 637-4400; Facsimile: (714) 637-4444<br>5  tcannon@cannonnelms.com | JS-6 |

6 ROGER W. PARKHURST (*Admitted Pro Hac Vice*)
7 **STEPTOE & JOHNSON, LLP**
   1330 Connecticut Ave. N.W.
8 Washington, D.C. 20039
9 Telephone: (202) 429-6420; Facsimile: (202) 429-3902
   rparkhurst@steptoe.com
10
11 Attorneys for Plaintiffs SRI Sports Limited and
   Roger Cleveland Golf Company, Inc.
12

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI SPORTS LIMITED, a Japanese corporation; and ROGER CLEVELAND GOLF COMPANY, INC., a California corporation,<br><br>         Plaintiffs,<br><br>         v.<br><br>GOLF NETWORK, A Northern Ireland partnership d/b/a as MD GOLF; MICHAEL MORTON, an ind., as partner in GOLF NETWORK, and as member managing MDGOLF USA LLC; DAVID MILLSOPP, an ind., as partner in GOLF NETWORK, and as member managing MDGOLF USA LLC; MDGOLF USA LLC, a California limited liability company; and PHILLIP WILSON, an ind,<br><br>         Defendants. | Case No. SACV12-00294 DOC (RNBx)<br><br>**ORDER OF STIPULATED INJUNCTION AND DISMISSAL** |

1

ORDER OF STIPULATED INJUNCTION AND DISMISSAL

WHEREAS all Parties hereto and each of them have agreed to settle and conclude this civil action;

AND WHEREAS all Defendants and each of them has represented to this Court that they are no longer advertising, offering for sale, or selling, in or into the United States, any golf club shafts bearing the word Miyazaki and/or golf clubs having such shafts, and that they do not intend hereafter to advertise, offer for sale, sell or otherwise market, in or into the United States, any golf club shafts bearing the word Miyazaki, or golf clubs having such shafts, and that they have stipulated to this Court that they will henceforth, collectively and individually, be permanently enjoined from committing any such acts;

AND WHEREAS all Parties hereto and each of them have agreed to otherwise dismiss, without prejudice, their respective Complaint, claims, Answer and defenses pleaded herein;

ALL DEFENDANTS ARE HEREBY SO ENJOINED.

EACH PARTY shall bear its own expenses, attorney's fees and costs of this civil action.

SO ORDERED

Dated: October 1, 2012

_____
David O. Carter
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
//